# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REGINA O'NEAL-LEE,<br><br>Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>Defendant. | 2:19-CV-13026-TGB<br><br>ORDER<br><br>HONORABLE<br>TERRENCE G. BERG |

## ORDER REGARDING REMOVAL

This matter was removed to this Court on October 15, 2019. See Notice of Removal (Dkt. 1). Within five (5) days of today's date, the parties shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions that were originally filed in state court. The Court generally will not consider any unresolved motions pending in state court at the time of removal, unless they have been re-filed on this Court's docket. The same is true for any responses or replies that had been filed in state court in connection with motions not

yet resolved at the time of removal. Each party is responsible for the docketing of its own documents with this Court.

To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

SO ORDERED.

DATED this 17th day of October, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge